948

No. 82–5429. NOVAK v. UNITED STATES. C. A. 5th Cir. Certiorari denied. 

No. 82–5445. HASSAIN, AKA FLETCHER v. UNITED STATES. C. A. 6th Cir. Certiorari denied. 